**Order filed, August 14, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00577-CV
_____

**SAMAH ABU-MAHEED, Appellant**

**V.**

**ABDULNASSIR  TAMIMI, Appellee**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-40720**

## ORDER

The reporter's record in this case was due **July 17, 2012**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Jenine Redden, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM